# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:16-cr-28 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JOHNNY WALKER ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

On July 18, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation ("R&R") recommending that: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter. (Doc. 24.) Neither party filed an objection within the allotted fourteen day period. After reviewing the record, the Court agrees with Judge Steger's R&R. Accordingly, the Court **ACCEPTS and ADOPTS** the R&R pursuant to 28 U.S.C. § 636(b)(1). It is, therefore,

**ORDERED**:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **November 4, 2016, at 9:00 a.m.**

SO ORDERED.

                                                             *s/Travis R. McDonough*
                                                             **TRAVIS R. MCDONOUGH**
                                                            **UNITED STATES DISTRICT JUDGE**